IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| GARY BYRNE, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | NO.   MO:22-CV-00112 |
| | § | |
| QUALI-TEX BALL & SEAT CO., ET AL., | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal (Doc. 31) filed August 31, 2022. The parties stipulate that they have resolved all causes of action and that this action should be dismissed with prejudice. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action.

It is so **ORDERED**.

SIGNED this 1st day of September, 2022.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE